# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Marc Porreca,

    Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                                  3:06-cv-491

United States of America,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 21, 2006 Order.

**Signed: December 21, 2006**

Frank G. Johns, Clerk
United States District Court